■ In the Matter of EDWARD C. DE VITO, SR., et al., Appellants, v. NELSON A. ROCKEFELLER et al., Respondents.—

No opinion.  Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.